NOT FOR PUBLICATION

FILED

APR 11 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ROBERT M. NELSON and WILLIAM BRUCE BRANERDT,; et al., <br><br>      Plaintiffs - Appellants, <br><br> v. <br><br> NATIONAL AERONAUTICS AND SPACE ADMINISTRATION, an Agency of the United States; et al., <br><br>      Defendants - Appellees. | No. 07-56424 <br><br> D.C. No. CV-07-05669-ODW <br> Central District of California, <br> Los Angeles <br><br><br> ORDER* |

Before: RYMER and WARDLAW, Circuit Judges, and REED, Senior District Judge.**

We remand to the district court for further proceedings consistent with the

United States Supreme Court's decision in *NASA v. Nelson*, 131 S. Ct. 746 (2011).

**IT IS SO ORDERED.**

---

*This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

**The Honorable Edward C. Reed, Jr., Senior District Judge for the U.S. District Court for Nevada, Reno, sitting by designation.